IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF REINSTATEMENT OF WILLIAM A. SWAFFORD, BAR NO. 11469.

No. 84895

FILED

SEP 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER OF CONDITIONAL REINSTATEMENT*

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation to reinstate attorney William A. Swafford with certain conditions. No briefs have been filed and this matter has therefore been submitted on the record. SCR 116(2).

In September 2016, this court suspended Swafford from the practice of law for six months and one day. *In re Discipline of Swafford*, No. 70200, 2016 WL 5819749 (Nev. Sept. 22, 2016) (Order of Suspension). The discipline order also required that, before seeking reinstatement, Swafford pay the costs of the disciplinary proceedings. *Id.* We again suspended Swafford for six months and one day in September 2017, to run consecutive to his previous suspension. *In re Discipline of Swafford*, No. 71844, 2017 WL 3996845 (Nev. Sept. 11, 2017) (Order of Suspension). The discipline order required that, before seeking reinstatement, Swafford had to obtain a fitness-for-duty evaluation from a licensed neurologist, participate in any fee dispute initiated by a client and pay any resulting award, and pay the costs of the disciplinary proceedings. *Id.* Swafford petitioned for reinstatement on September 20, 2021, having complied with nearly all of the requirements in the disciplinary orders. Shortly after the hearing on

22. 28383

his petition for reinstatement, Swafford satisfied the final remaining condition (that he pay any client fee arbitration award).

Based on our de novo review, we agree that Swafford has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (providing that an attorney seeking reinstatement must demonstrate compliance with reinstatement criteria "by clear and convincing evidence"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a decision on a petition for reinstatement de novo). We therefore grant the petition and reinstate Swafford to the practice of law subject to the following conditions:

> (1) Swafford must remedy any administrative suspension and become current on his CLE requirements.[1]
>
> (2) Swafford must complete 5 CLE credits (3 ethics and 2 law practice management) within 90 days of reinstatement and report the completion of those credits directly to the Office of Bar Counsel.
>
> (3) Swafford must pay the reinstatement hearing costs pursuant to SCR 120(5) within 30 days of reinstatement.
>
> (3) For two years after the date of reinstatement:
>
>> (a) Swafford is prohibited from solo practice and must be under the supervision of another attorney.
>>
>> (b) Swafford must continue to meet with appropriate medical providers and follow their recommendations.

---

[1]Swafford was administratively suspended for failing to pay membership fees and failing to comply with CLE requirements. *See* SCR 93(12); SCR 212. He therefore must comply with SCR 93(13) and SCR 213 *before* resuming the practice of law.

(c) Swafford must report every 90 days to the Office of Bar Counsel regarding his compliance with the first two conditions, including (a) the name of his supervising attorney and (b) the name of his medical providers, that he continues to undergo treatment, and that he continues to be fit to practice law. The quarterly reports must be counter-signed by the supervisor and the medical provider.

*See* SCR 116(5) (allowing for conditions on reinstatement).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                          Stiglich

_____, J.          _____, J.
Cadish                                             Silver

_____, J.          _____, J.
Pickering                                          Herndon

cc:    Law Offices William Swafford LLC
       Chair, Northern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court